

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-17-00714-CV

**IN THE INTEREST OF D.R., ET AL CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02508
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on January 2, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court